COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:      Rich Robins v. Austen Perry Clinkenbeard and Jonathon G. Clinkenbeard aka Jon Clinkenbeard

Appellate case number:      01-19-00059-CV

Trial court case number:      1107951

Trial court:      County Civil Court at Law No. 3 of Harris County

Appellant, Rich Robins, has filed a second unopposed motion to extend time to file a motion for rehearing and for en banc reconsideration. Appellant's motion is timely and complies with the rules. TEX. R. APP. P. 10.5(b), 49.8; *see* TEX. R. APP. P. 49.1, 49.7. Accordingly, we **grant** appellant's motion to extend time. Appellant's motion for rehearing and/or for en banc reconsideration, if any, is due no later than **April 3, 2020**.

**No further extensions will be granted absent extraordinary circumstances.**

It is so ORDERED.

Judge's signature:    /s/ Evelyn V. Keyes
                   ☑ Acting individually    ☐ Acting for the Court

Date: ___March 24, 2020___